## PERRY v. STATE.
### No. 25030.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of the offense of driving an automobile upon a public highway while under the influence of intoxicating liquor, and the jury assessed his punishment at a fine of Fifty Dollars.

There are no bills of exception nor a statement of facts in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.